LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
San Jose, CA 95126
Tel:(408)295-5595
Fax:(408)295-9852

Attorney for Plaintiff and Debtor
Tony C. Quincy

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>TONY C. QUINCY<br><br>    Debtor(s).<br><br>_____<br><br>TONY C. QUINCY<br><br>    Plaintiff(s),<br><br>    Vs<br><br>NO CREDIT CHECK AUTO SALES, INC.;<br>FIDELITY CREDITORS SERVICES, INC.,<br>DBA METROPOLITAN ADJUSTMENT<br>BUREAU<br><br>    Defendant(s). | Case No.: 09-42119-RJN<br><br>Adv. No.: 09-04179<br><br>**PLAINTIFF' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CHAPTER 13<br><br>Date: June 24, 2009<br>Time: 9:30 A.M.<br>Ctrm: 220<br>Place: Oakland Bankruptcy Court<br>       1300 Clay Street<br>       Oakland, CA 94612 |

    Come now Plaintiff Tony C. Quincy and presents the following status conference statement:

Plaintiff's CMC Statement - 1

Plaintiff and defendants have reached a resolution, and a request for dismissal will be filed concurrent with this CMC Statement.

Dated: June 18, 2009

THE FULLER LAW FIRM

By:___/s/*Sam Taherian*_____
Sam Taherian
Attorney for Plaintiff

Plaintiff's CMC Statement - 2
Case: 09-04179    Doc# 8    Filed: 06/18/09    Entered: 06/18/09 17:38:50    Page 2 of 2